### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER  7
**Sadiyah Anna-Kay Malcolm**
    DEBTOR                        :        BKY. NO. 23-13679-amc

<u>O R D E R</u>

    AND NOW, this _____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

    It is Ordered that the Motion is Granted. Debtor has until **1/02/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon.  Ashely M. Chan
U.S. Bankruptcy Court Judge