# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 7
Sadiyah Anna-Kay Malcolm
    DEBTOR                          :        BKY. NO. 23-13679-amc

## O R D E R

AND NOW, this **19th** day of **December**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **1/02/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge